# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4 day of October , two thousand and twenty-three ,

Michael McGregor
v
Suffolk County

**STIPULATION**
Docket Number: 23-1297

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 10/4/2023

/s/ Amy L. Bellantoni

Attorney for Appellant

Amy L. Bellantoni, The Bellantoni Law Firm

Print Name and Firm

Date: 10/04/2023

/s/ Sarah Coco

Attorney for Appellee

Sarah Coco, Office of the New York State Attorney General

Print Name and Firm

Date: 10/04/2023

/s/ Arlene S. Zwilling

Attorney for Appellee

Suffolk County Department of Law

Print Name and Firm