**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of October, two thousand twenty-three,

Michael McGregor, Zachary Giambalvo, Paul Felice, Matthew Olivieri, Edward Newman, Dark Storm Industries, LLC,

    Plaintiffs - Appellants,

v.

Suffolk County, New York, Police Commissioner Rodney Harrison, in his Official Capacity, Acting Superintendent Steven Nigrelli, in his Official Capacity,

    Defendants - Appellees.

**ORDER**
Docket No. 23-1297

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/10/2023